# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** April 16, 2020

**CASE OF:** IN RE: AMENDMENTS TO THE FLORIDA RULES OF CIVIL PROCEDURE - 2019 REGULAR-CYCLE REPORT

**DOCKET NO.:** SC19-108          **OPINION FILED:** December 5, 2019

## ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On page 14, the footnote in Form 1.902 is now "1." instead of subscript "3."
On page 16, after the second full paragraph, "Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter [identify applicable court personnel by name, address, and telephone number]au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.
Enpòtan
Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).
Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/ Pwokire a" (Pleyan oswa avoka li) non anba a." was inserted.

**SIGNED:  OPINION CLERK**